

Trey Richardson #121943
Putnamville Correctional Facility
1946 West U.S. Highway 40
Green Castle, IN 46135

Terre Haute Division U.S. District Court
921 Ohio St. Room 104
Terre Haute, IN 47807

FILED
FEB 15 2024
U.S. CLERK'S OFFICE